IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR84-VPM |
| | ) | (18 U.S.C. 641) |
| DOROTHY J SPALDING | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

## COUNT

On or about the 13th day of February 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **DOROTHY J SPALDING** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

**STATE OF AMERICA** )
)   **AFFIDAVIT**
**COUNTY OF MONTGOMERY** )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 13 February 2006, via closed circuit video monitors, I observed DOROTHY J SPALDING pick up an Almay Lipcolor 300 sugar plum tube of lipstick and place it in her cart next to her purse. SPALDING then went to the greeting card section where she picked up the lipstick and put it in her purse. SPALDING went through checkout without paying for the lipstick. SPALDING then left the store. I detained her in the lobby and escorted her to the manager's office. Security Forces responded. SPALDING voluntarily took the lipstick out of her purse. The price of the lipstick was $7.99.

_____
ROBERT SMITH

Subscribed and sworn to before me this __6th__ day of __March__, 2006.

_____
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS