| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:59 - 11:06 |
| | COURT REPORTER: |

√ ARRAIGNMENT ❏ CHANGE OF PLEA ❏ CONSENT PLEA
❏ RULE 44(c) HEARING ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:06cr84-VPM   **DEFENDANT NAME:** Dorothy J. Spalding
**AUSA:** Capt. Neal B. Frazier   **DEFENDANT ATTORNEY:** Michael Petersen (Limited to Arraignment and Custodian of Discovery)
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: Jennifer Hart

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
√ **FINACIAL AFFIDAVIT EXECUTED.**   √ *ORAL MOTION FOR APPT OF COUNSEL-DENIED*
√ *ORAL ORDER -DENYING ORAL MOTION FOR APPT OF COUNSEL*
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty   ❏ Nol Contendere
❏ Not Guilty by reason of insanity
❏ Guilty as to:
  ❏ Count(s):
  ❏ Count(s):   ❏ dismissed on oral motion of USA
  ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count
√ **MISDEMEANOR CRIMINAL TRIAL TERM:** 7/17/06 @ 10:00 a.m.
√ **DISCOVERY DISCLOSURE DATE:** 5/16/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
  ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
  ❏ Posting a $_____ bond;
  ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed
  ❏ Defendant requests time to secure new counsel
√❏ WAIVER of Speedy Trial.   CONSENT DATE: 7/10/06