IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Case No.: 2:06-CR-84-VPM |
| | ) | |
| **DOROTHY J. SPALDING** | ) | |

## NOTICE OF TRANSFER OF DISCOVERY

**COMES NOW** the undersigned, Michael J. Petersen, and provides notice that on May 18, 2006, discovery in the above-styled case was hand delivered to Dorothy J. Spalding's retained counsel.

Dated this 19th day of May 2006.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No.: 2:06-CR-84-VPM** |
| | ) | |
| **DOROTHY J. SPALDING** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Neal B. Frazier, Captain, USAF
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama 36112-6334

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square
Montgomery, Alabama 36104

John M. Poti, Esq.
Counsel for Dorothy J. Spalding
696 Silver Hills Drive
Prattville, Alabama 36065

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M