# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:06-cr-0084-VPM** |
| | ) | |
| **DOROTHY J. SPALDING** | ) | |

## NOTICE OF VIEWING VIDEOTAPE

COMES NOW the Defendant, Dorothy J. Spalding, by and through her undersigned attorney, and gives notice to the Court in compliance with the Order on Arraignment (Doc #9) that she and her attorney have viewed the videotape provided by the government.

    s/John M. Poti

**JOHN M. POTI (POT013)**
Attorney for Dorothy J. Spalding
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Neal Frazier, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____none_____.

    s/John M. Poti

JOHN M. POTI (POT013)
Attorney for Dorothy J. Spalding
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX:  1-866-780-9012
E-mail: john@jmpoti.com